UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

| | |
|---|---|
| JOSEPH BOONE, BOONE TRUCKING, INC., RUDOLPH MACK, MACK'S DIVERSIFIED BUILDING SERVICES, INC. D/B/A YOUR WAY CLEANING SERVICE, VIVIAN GUERRA, NDN DRYWALL, INC., PATRICK PELTIER, AND TATANKA CONCRETE & MASONRY, INC., | CIVIL ACTION NO. 05-0024 MJD/JGL |
| *Plaintiffs,* | **ORDER** |
| v. | |
| PCL CONSTRUCTION SERVICES, INC., WEIS BUILDERS, INC., AND THE CITY OF MINNEAPOLIS, | |
| *Defendants.* | |

---

Pursuant to the stipulation of dismissal filed in the above-captioned matter, the Court hereby orders that all claims of the individual plaintiffs Joseph Boone, Rudolph Mack, and Vivian Guerra against defendant PCL Construction Services, Inc. are hereby DISMISSED WITH PREJUDICE, with each of the parties to bear its own attorneys' fees, costs, and disbursements.

IT IS SO ORDERED this 3rd day of June, 2005.  Let judgment be entered accordingly.

BY THE COURT:

s/ Michael J. Davis
Hon. Michael J. Davis
United States District Judge