# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Joseph Boone, Boone Trucking, Inc., Rudolph Mack, Mack's Diversified Building Services, Inc., d/b/a Your Way Cleaning Service, Vivian Guerra, NDN Drywall, Inc., Patrick Peltier, and Tatanka Concrete & Masonry, Inc.,

        Plaintiffs,

vs.

PLC Construction Services, Inc., Weis Builders, Inc., and the City of Minneapolis,

        Defendants.

**Civil No. Civ. 05-0024 (MJD/JGL)**


**ORDER**

---

Pursuant to the stipulation of dismissal filed in the above-captioned matter, the Court hereby orders that all claims of the individual plaintiffs Patrick Peltier and Rudolph Mack against defendant Weis Builders, Inc. are hereby DISMISSED WITH PREJUDICE, and further orders that all claims of the individual plaintiffs Joseph Boone, Rudolph Mack, Vivian Guerra and Patrick Peltier against the City of Minneapolis are hereby DISMISSED WITH PREJUDICE, with each of the parties to bear its own attorneys' fees, costs, and disbursements.


Dated: __July 13,__, 2005

__s/Michael J. Davis_____
Judge Michael J. Davis
United States District Court

M1:1227878.01