UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

JOSEPH BOONE, BOONE TRUCKING,
INC., RUDOLPH MACK, MACK'S
DIVERSIFIED BUILDING SERVICES, INC.
D/B/A YOUR WAY CLEANING SERVICE,
VIVIAN GUERRA, NDN DRYWALL, INC.,
PATRICK PELTIER, AND TATANKA
CONCRETE & MASONRY, INC.

Civil No. 05-24 (MJD/JGL)

**ORDER DISMISSING CLAIMS OF PLAINTIFF MACK'S DIVERSIFIED BUILDING SERVICES, INC. D/B/A YOUR WAY CLEANING SERVICE**

Plaintiffs,

v.

PCL CONSTRUCTION SERVICES, INC.,
WEIS BUILDERS, INC., AND THE CITY OF
MINNEAPOLIS,

Defendants.

---

On stipulation between PCL Construction Services, Inc. and Mack's Diversified Building Services, Inc. d/b/a Your Way Cleaning Service, and good cause appearing, it is hereby ordered that all claims of Mack's Diversified Building Services, Inc. d/b/a Your Way Cleaning Service against Defendant PCL Construction Services, Inc. in the above-captioned matter are dismissed with prejudice, with each of the parties to bear their own attorneys' fees, costs and disbursements.

Dated this 14th day of July, 2005.

s / Michael J. Davis
Hon. Michael J. Davis
United States District Judge