**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Boone Trucking, Inc., Mack's Diversified Building Services, Inc., d/b/a Your Way Cleaning Service, NDN Drywall, Inc., and Tatanka Concrete & Masonry, Inc., | **Civil No. Civ. 05-0024 (MJD/JGL)** |
| Plaintiffs, | **ORDER** |
| vs. | |
| PLC Construction Services, Inc., Weis Builders, Inc., and the City of Minneapolis, | |
| Defendants. | |

---

Pursuant to the Stipulation for Dismissal filed in the above-captioned matter, the Court hereby orders that all claims of the individual plaintiff Mack's Diversified Building Services, Inc. d/b/a Your Way Cleaning Service against defendants Weis Builders, Inc. and the City of Minneapolis in the above-captioned matter be DISMISSED WITH PREJUDICE, with each of the parties to bear its own attorneys' fees, costs, and disbursements.

Dated: November 7, 2005            s/ Michael J. Davis
                                    Judge Michael J. Davis
                                    United States District Court