IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH BOONE, BOONE TRUCKING, INC., RUDOLPH MACK, MACK'S DIVERSIFIED BUILDING SERVICES, INC. D/B/A YOUR WAY CLEANING SERVICE, VIVIAN GUERRA, NDN DRYWALL, INC., PATRICK PELTIER, AND TATANKA CONCRETE & MASONRY, INC. | Civil No. 05-24 (MJD/AJB) |
| Plaintiffs, | **ORDER** |
| v. | |
| PCL CONSTRUCTION SERVICES, INC., WEIS BUILDERS, INC., AND THE CITY OF MINNEAPOLIS, | |
| Defendants. | |

Pursuant to the stipulation of dismissal filed in the above-captioned matter, the Court hereby orders that all claims of NDN Drywall, Inc. against Defendant PCL Construction Services, Inc. are hereby DISMISSED WITH PREJUDICE, with each of the parties to bear its own attorneys' fees, costs, and disbursements.

IT IS SO ORDERED this 6th day of January 2006.  Let judgment be entered accordingly.

s / Michael J. Davis
Hon. Michael J. Davis
United States District Judge

2700533v1