**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Joseph Boone, Boone Trucking, Inc., Rudolph Mack, Mack's Diversified Building Services, Inc., d/b/a Your Way Cleaning Service, Vivian Guerra, NDN Drywall, Inc., Patrick Peltier, and Tatanka Concrete & Masonry, Inc., | Civil No. Civ. 05-0024 (MJD/AJB) |
| Plaintiffs, | |
| vs. | ORDER |
| PCL Construction Services, Inc., Weis Builders, Inc., and the City of Minneapolis, | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal filed in the above-captioned matter, the Court hereby orders that all claims of plaintiffs Vivian Guerra and NDN Drywall against Weis Builders, Inc. in the above-captioned matter be DISMISSED WITH PREJUDICE, with each of the parties to bear its own attorneys' fees, costs, and disbursements.

Dated: _February 9, 2006         __s/Michael J. Davis_____
                                  Judge Michael J. Davis
                                  United States District Court