# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

**Boone Trucking, et al.**                                **Court File No.:  05-0024 MJD/AJB**

      **Plaintiffs,**

**v.**                                                            **ORDER FOR DISMISSAL**

**PCL Construction Services, Inc., et al.,**

      **Defendants.**

---

The above-captioned matter having come on before the Court on the foregoing Stipulation, and the Court having considered the Settlement Agreement of NDN Drywall and the City of Minneapolis, the Court hereby approves the settlement of NDN Drywall's case and orders it dismissed with prejudice as to the City of Minneapolis and without costs to either party.

    LET JUDGMENT BE ENTERED ACCORDINGLY


Dated: April 24, 2006                          s / Michael J. Davis
                                                            Michael J. Davis
                                                            Judge of United States District Court