UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**JOSEPH BOONE & BOONE TRUCKING, INC., et. al**
    **Plaintiffs,**

v.

**PCL CONSTRUCTION SERVICES, INC.; WEIS BUILDERS, INC.; and the CITY OF MINNEAPOLIS,**

    **Defendants.**

**ORDER**
Civil File No. 05-0024 (MJD/AJB)

---

Lateesa Ward, Ward & Ward LLC, Counsel for Joseph Boone and Boone Trucking, Inc.

Daniel G. Prockott, Faegre & Benson LLP, Counsel for Weis Builders, Inc.

===================================================================

  Based on the stipulation of the Parties, all claims of Plaintiffs Joseph Boone and Boone Trucking, Inc. against Defendant Weis Builders, Inc. are hereby **DISMISSED WITH PREJUDICE**.

Dated: May 12, 2006

            s / Michael J. Davis
            Michael J. Davis
            United States District Court